DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TODD STERNLIEB,**
Appellant,

v.

**LORI GREENBERG**,
Appellee.

No. 4D20-1774

[January 27, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502011DR014962.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellant.

Meaghan K. Marro of Marro Law, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and ARTAU, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***